RUSS, AUGUST & KABAT
Larry C. Russ, State Bar No. 082760
E-mail: lruss@raklaw.com
Jean Y. Rhee, State Bar No. 234916
E-mail: jrhee@raklaw.com
Twelfth Floor
12424 Wilshire Boulevard
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff
Katherine J. Russell

LINH T. HUA (SBN: 247419)
lhua@grsm.com
KELSEY L. WONG (SBN: 316738)
klwong@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant SCIENCE APPLICATIONS INTERNATIONAL CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE J. RUSSELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, a Delaware corporation; and DOES 1-10, all of whose true names are unknown, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:20-cv-07999 MWF (AGRx)<br><br>[Assigned to The Honorable Michael W. Fitzgerald, Courtroom 5A]<br><br>**STIPULATION FOR DISMISSAL AND ORDER**<br><br>Original Complaint Filed:<br>　　September 1, 2020<br><br>Trial Date: None Set |

FRCP 41 stip docx

1

**STIPULATION FOR DISMISSAL AND ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Katherine J. Russell and defendant Science Applications International Corporation, who constitute all of the parties who have appeared in this matter, hereby stipulate to the dismissal of all claims in this action without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**SO STIPULATED.**

DATED: November 19, 2020

RUSS, AUGUST & KABAT
Larry C. Russ
Jean Y. Rhee

By: /s/ Jean Y. Rhee
Jean Y. Rhee
Attorneys for Plaintiff Katherine J. Russell

DATED: November 19, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Linh T. Hua
Linh T. Hua
Kelsey L. Wong
Attorneys for Defendant
SCIENCE APPLICATIONS INTERNATIONAL CORPORATION

**ORDER**

**IT IS SO ORDERED** this 20th day of November, 2020.

_____
MICHAEL W. FITZGERALD
United States District Judge